UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No.: 5:25-CR-00366KK | | Date: 11/25/2025 |
| Present: The Honorable: Sheri Pym, United States Magistrate Judge | | |
| Interpreter: | | Language: |
| Kimberly Carter | CS 11/25/2025 | Courtney Williams |
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | ✓ Present | Released on Bond | Attorneys for Defendants: | ✓ Present | DFPD |
|---|---|---|---|---|---|
| Carlos Jimenez | | | Ayah Sarsour | | |

**Proceedings: Arraignment of Defendant and/or**     **Assignment of Case**     **Appointment of Counsel**
**Initial Appearance**

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant is given copy of the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Court asks whether the defendant formally waives a detailed reading of the Indictment, and defendant waives reading thereof.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Kenly Kiya Kato.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/12/2026 8:30 AM; Status Conference: 12/18/2025 1:30 PM; Motion Hearing: 12/18/2025 1:30 PM
* Government counsel provides trial estimate of 3-4 days.
* The parties are referred to Judge Kato's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. For cases with previously assigned co-defendant(s), the parties are referred to the docket to review Judge Kato's criminal standing order, previously issued upon the first arraignment.

Judge Kato is located in 3, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA 92501-3801.

| cc: | PSALA | PSAED | PSASA | | |
|---|---|---|---|---|---|
| | USMLA | USMED | USMSA | Initial Appearance/Appointment of Counsel: | : |
| | ✓ Statistics Clerk | | Interpreter | Arraignment: 00 | : 05 |
| | CJA Supervising Attorney | | Fiscal | Initials of Deputy Clerk: KC | |