UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5-25-cr-00366-KK |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| CARLOS JIMENEZ, | **TRIAL DATE: April 13, 2026** |
| Defendant. | **PRETRIAL CONFERENCE DATE: March 30, 2026** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on December 11, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the

1  trial date in this matter, and provides good cause for a finding of
2  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
3      The Court further finds that:  (i) the ends of justice served by
4  the continuance outweigh the best interest of the public and
5  defendant in a speedy trial; (ii) failure to grant the continuance
6  would be likely to make a continuation of the proceeding impossible,
7  or result in a miscarriage of justice; and (iii) failure to grant the
8  continuance would unreasonably deny defendant continuity of counsel
9  and would deny defense counsel the reasonable time necessary for
10 effective preparation, taking into account the exercise of due
11 diligence.
12     THEREFORE, FOR GOOD CAUSE SHOWN:
13     1.   The trial in this matter is continued from January 12, 2026
14 to April 13, 2026 at 8:30 a.m. The pretrial conference and motion
15 hearing date is continued to March 30, 2026 at 11:00 a.m.
16     2.   The time period of January 12, 2026 to April 13, 2026,
17 inclusive, is excluded in computing the time within which the trial
18 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
19 and (B)(iv).
20     3.   Defendant shall appear in Courtroom 3 of the George E.
21 Brown, Jr. Federal Building and United States Courthouse on April 13,
22 2026 at 8:30 AM.
23     4.   Nothing in this Order shall preclude a finding that other
24 provisions of the Speedy Trial Act dictate that additional time
25 periods are excluded from the period within which trial must
26 commence.  Moreover, the same provisions and/or other provisions of
27 the Speedy Trial Act may in the future authorize the exclusion of
28

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

December 12, 2025
DATE

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
STEPHEN CHANG
Assistant United States Attorney

3