# EXHIBIT D

**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
3801 UNIVERSITY AVENUE, SUITE 700
RIVERSIDE, CALIFORNIA 92501
951-276-6346

**CUAUHTEMOC ORTEGA**
*Federal Public Defender*
**AMY M. KARLIN**
*Chief Deputy*
**C. PAMELA GÓMEZ**
*Capital Habeas Chief*
**LISA LABARRE**
*Los Angeles Trial Chief*

**KELLEY MUNOZ**
*Santa Ana Branch Chief*
**YOUNG J. KIM**
*Riverside Branch Chief*
**MARGARET A. FARRAND**
*Appeals Chief*
**JONATHAN C. AMINOFF**
*Non-Capital Habeas Chief*
**NEHA CHRISTERNA**
*Collaborative Courts Chief*

December 2, 2025

**Via E-mail**
Stephen Chang
Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Stephen.Chang@usdoj.gov

Re: U.S. v. Carlos Jimenez, 5:25-CR-00366-KK
FOURTH REQUEST FOR DISCOVERY

Dear AUSA Stephen Chang.

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure as well as Brady v. Maryland, 373 U.S. 83 (1963) and Giglio v. United States, 405 U.S. 150 (1972) and their progeny, we request the following discovery. This letter constitutes a specific request for additional discovery that was not contained in the productions received by defense counsel to date. Defendant requests the following discoverable information. Please consider this request to be a continuing one. See Fed. R. Crim. P.16(c) (continued duty to disclose).

1. All communications, including but not limited to text messages and emails, by any officer, agent, or other government official, relating to this incident. This request also includes any social media posts, if any. For example, if the complaining witness or other officers involved in the incident wrote any messages in text group chats, Microsoft Teams chats, or e-mail threads about this incident, please produce copies of those communications. See *United States v. Martinez*, 1:25-cr-636, ECF Nos. 63-65 (N.D. Ill. 2025).

2. Any written group communications (including text messages and similar communications), operations directives, or disseminated memoranda regarding HSI/CBP/ICE/ERO operations in the City of Ontario on October 28,2025 - November 5, 2025.

3. Any written group communications (including text messages and similar communications), operations directives, or disseminated memoranda regarding HSI/CBP/ICE/ERO operations in San Bernardino County on October 28,2025 - November 5, 2025.

4. Information regarding any oral directives disseminated regarding HSI/CBP/ICE/ERO operations in the City of Ontario on October 28,2025 - November 5, 2025.

5. Information regarding any oral directives disseminated regarding HSI/CBP/ICE/ERO operations in San Bernardino County on October 28,2025 - November 5, 2025.

6. Please produce a copy of the current HSI/CBP/ICE/ERO employee manual(s).

7. Please produce a copy of the current HSI/CBP/ICE/ERO manual(s) regarding the following topics: use of force, and effecting warrants and arrests.

6. Please produce all discovery pertaining to the HSI/CBP/ICE/ERO policies regarding the use of government vehicles in arrest matters and effectuating arrests. See *United States v. Quintanilla-Chavez*, 5:25-cr-388, ECF No. 64 (W.D. Tex. 2025).

7. All written and oral communications between the San Bernardino Sheriff's Department and any responding Ontario City Police Officers and HSI/CBP/ICE/ERO in advance, during, and after Mr. Carlos Jimenez October 30, 2025, arrest.

We appreciate your prompt provision of discovery.

Sincerely,

AYAH A. SARSOUR
Deputy Federal Public Defender