# EXHIBIT E

---

**From:** Chang, Stephen (USACAC) <Stephen.Chang@usdoj.gov>
**Sent:** Friday, March 6, 2026 4:42 PM
**To:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Chad Pennington <Chad_Pennington@fd.org>
**Subject:** RE: Discuss Jimenez

Hi Ayah, I had hoped to discuss these discovery issues with you in our meet and confer but those meetings were repeatedly moved and then cancelled. Happy to chat still if helpful.

1. The Protective Order designations are not on every document. The Protective Order designations are on documents that contain birthdays or contact info which are in the recordings as well. If there are documents that you believe fall outside, please let me know bates number ranges and I will review.
2. We not currently intend to produce for inspection. The out of district case you mentioned involves minute orders with no analysis in a destruction of evidence context that does not stand for any general right to inspect an officer phone. If you have other caselaw, happy to review and consider further.

---

**From:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Sent:** Friday, March 6, 2026 12:09 PM
**To:** Chang, Stephen (USACAC) <Stephen.Chang@usdoj.gov>
**Cc:** Chad Pennington <Chad_Pennington@fd.org>
**Subject:** [EXTERNAL] Re: Discuss Jimenez

Good morning,

We are following up regarding Requests Nos. 1 and 2.

1. Please reproduce the discovery today and remove the protected designation from any materials that were incorrectly labeled.

2. Do you intend to produce the phones for inspection, as previously requested?

Thank you,

Ayah

---

**From:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Sent:** Wednesday, February 18, 2026 3:55 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>
**Subject:** Fw: Discuss Jimenez

Hi Stephen,

Tomorrow at 3:30 p.m. is confirmed on my end.

To help streamline our discussion, could you please provide the following information in advance:

1. My understanding is that the Protective Order was intended to apply only to PII, but it currently covers all discovery, including video and audio. Please reproduce all the materials, including the video and audio files, without confidential or protected material designations where they do not contain such information.

2. When do you intend to produce the officers' phones for inspection, as previously requested?

3. Do you have the current locations of the two men who were in ICE custody and present at the scene?

Thank you,
Ayah

**Ayah A. Sarsour**
**Deputy Federal Public Defender**
**Office of the Federal Public Defender**

FPD
CDCA

**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
O: 951.276.6367 | F: 951.276.6368

---

**From:** Ayah Sarsour
**Sent:** Monday, February 16, 2026 9:07 PM
**To:** Chang, Stephen (USACAC) <Stephen.Chang@usdoj.gov>
**Subject:** Accepted: Discuss Jimenez
**When:** Wednesday, February 18, 2026 3:30 PM-4:00 PM.
**Where:** Stephen to call 951-276-6346