# EXHIBIT F

| | |
|---|---|
| **From:** | Ayah Sarsour |
| **To:** | Chang, Stephen (USACAC) |
| **Cc:** | Chad Pennington; Nicole Arias |
| **Subject:** | US v. Jimenez, Discovery Demand - Sixth Request |
| **Date:** | Thursday, March 26, 2026 4:46:14 PM |
| **Attachments:** | 2025-11-19-ThirdSupplRequestForDiscovery.pdf<br>2025-12-02-FourthSupplReqForDiscovery.pdf<br>2025-11-05-RequestForDiscovery.pdf<br>2025-11-19-SecondSuppl RequestForDiscovery.pdf |

AUSA Chang,

We are renewing our discovery demand for the following items, which we believe are, in part, outstanding:

1. All interagency emails, correspondence, communications, reports, or memoranda relating to Mr. Carlos Jiminez or the incident regarding Mr. Carlos Jiminez. (See first and second supplemental Discovery Request).
2. Personnel files of all government agents and employees whom the government intends to rely on for testimony at a hearing or a trial. *United States v. Henthorn*, 931 F.2d 29, 30-31 (9th Cir. 1991); *see also* Fed. R. Evid. 608(b). This request specifically covers any *Henthorn* material in the agents or employees' prior employment, if any. Further, I request that you personally review all such personnel files for discoverable Brady materials. *United States v. Cadet*, 727 F.2d 1453, 1467-68 (9th Cir. 1984). Please refer to the third supplemental discovery demand (attached here again).
3. Our understanding is that the Government has refused to produce any of the requested information in the Fourth Supplemental Discovery request (attached here again). Please confirm or deny.

I have reattached all four discovery requests and respectfully ask that you comply with them, as well as your continuing discovery obligations.

We kindly request this material no later than **April 3, 2026, by 5:00pm**. We will likely be filing a motion to compel otherwise.

Thank you,

Ayah

FPD CDCA

**Ayah A. Sarsour**
**Deputy Federal Public Defender**
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
O: 951.276.6367 | F: 951.276.6368