# EXHIBIT H

AUDIO - Exh H USAO_00000032
Interview of N.J.