# EXHIBIT I

**From:** Ayah Sarsour
**To:** Chang, Stephen (USACAC)
**Cc:** Chad Pennington; Nicole Arias; Kanow, Mark (USACAC)
**Subject:** RE: US v. Jimenez, Discovery Demand - Sixth Request
**Date:** Monday, April 6, 2026 5:56:51 PM

---

AUSA Chang,

Thank you for providing us some messages and correspondence between some of the agents related to this incident. Based on our review, we are requesting the following additional and relevant items related to our original discovery requests and your production of the text messages between select agents:

1. All interagency emails, correspondence, communications, reports, or memoranda relating to Mr. Carlos Jiminez or the incident regarding Mr. Carlos Jiminez.
2. We request a list of all HSI, EVRO, and USCBP agents involved in the investigation (e.g. USAO_752 re: FBI agents).
3. We request all communications conducted on both government and personal phones in the possession by all agents involved in the investigation.
4. Any and all correspondence related to the absence or non-existence of Ortiz communications related to the incident; and
5. What steps has the Government taken or plan to take to confirm that Officer Ortiz does not have any communications related to the incident?
6. What steps did the government take to preserve any and all communications between all involved officers, agents, or witnesses in the case?
7. We request all meta data for both the government and personal phones for all agents involved in the investigation.
8. What steps has the government taken to preserve all correspondence and related meta data.

9. Regarding the lack of recording of Ortiz's interview, why is there no recording (when the other related officer interviews were recorded)? Was there a specific request by Officer Ortiz not to record the interview? Please explain the circumstances resulting in the interview not being recorded.

We kindly request this material **no later than April 8, 2026, by 5:00pm**. We will be filing a motion to compel otherwise.

Thank you,
Ayah

FPD
CDCA

**Ayah A. Sarsour**
**Deputy Federal Public Defender**
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
O: 951.276.6367 | F: 951.276.6368

---

**From:** Chang, Stephen (USACAC) <Stephen.Chang@usdoj.gov>
**Sent:** Monday, April 6, 2026 12:44 PM
**To:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Chad Pennington <Chad_Pennington@fd.org>; Nicole Arias <Nicole_Arias@fd.org>; Kanow, Mark (USACAC) <Mark.Kanow@usdoj.gov>
**Subject:** RE: US v. Jimenez, Discovery Demand - Sixth Request

Hi Ayah,

Please see attached production letter re: messages for Mejia, Cosey, and N. Jimenez. DO Ortiz did not have messages. Files have been uploaded to USAFx - Nicole – if any issues with USAFx let me know!

In terms of Henthorn, I have already told Chad we should be able to disclose in advance of the new pretrial conference date. We will do so once we have considered and have been able to finalize our witness list.

Best,

---

**From:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Sent:** Thursday, March 26, 2026 4:46 PM
**To:** Chang, Stephen (USACAC) <Stephen.Chang@usdoj.gov>
**Cc:** Chad Pennington <Chad_Pennington@fd.org>; Nicole Arias <Nicole_Arias@fd.org>
**Subject:** [EXTERNAL] US v. Jimenez, Discovery Demand - Sixth Request

AUSA Chang,

We are renewing our discovery demand for the following items, which we believe are, in part, outstanding:

1. All interagency emails, correspondence, communications, reports, or memoranda relating to Mr. Carlos Jiminez or the incident regarding Mr. Carlos Jiminez. (See first and second supplemental Discovery Request).
2. Personnel files of all government agents and employees whom the government intends to rely on for testimony at a hearing or a trial. *United States v. Henthorn*, 931 F.2d 29, 30-31 (9th Cir. 1991); *see also* Fed. R. Evid. 608(b). This request specifically covers any *Henthorn* material in the agents or employees' prior employment, if any. Further, I request that you personally review all such personnel files for discoverable Brady materials. *United States v. Cadet*, 727 F.2d 1453, 1467-68 (9th Cir. 1984). Please refer to the third supplemental discovery

demand (attached here again).

3. Our understanding is that the Government has refused to produce any of the requested information in the Fourth Supplemental Discovery request (attached here again). Please confirm or deny.

I have reattached all four discovery requests and respectfully ask that you comply with them, as well as your continuing discovery obligations.

We kindly request this material no later than **April 3, 2026, by 5:00pm**. We will likely be filing a motion to compel otherwise.

Thank you,
Ayah

FPD CDCA

**Ayah A. Sarsour**
**Deputy Federal Public Defender**
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
O: 951.276.6367 | F: 951.276.6368