CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHAD PENNINGTON (Bar No. 354831)
(E-Mail: Chad_Pennington@fd.org)
AYAH A. SARSOUR (Bar No. 340280)
(E-Mail: Ayah_Sarsour@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
Carlos Jimenez

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,
v.
CARLOS JIMENEZ
Defendant.

Case No. 5:25-cr-366-KK-1

**[Proposed] Order**

Having good cause shown, the Court hereby grants defendant's motion to compel and orders the government to produce:

(1) the personnel files of all officers or agents involved in this case and anticipated to testify, pursuant to *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1990), which requires, upon request, that the government inspect the personnel files of its law enforcement officer witnesses and turn over impeachment material;

(2) all communications, including but not limited to text messages and e-mails, by any officer, agent, or other government official, relating to this incident. The government has produced a

small amount of discovery responsive to this request, but it has failed to produce the entirety of the responsive discovery and, notably, failed to produce immigration officer Ortiz's text messages;

(3) Any written group communications (including text messages and similar communications), operations directives, or disseminated memoranda regarding HSI/CBP/ICE/ERO operations in the City of Ontario and in San Bernardino County on October 28, 2025, through November 5, 2025;

(4) Information regarding any oral directives disseminated regarding HSI/CBP/ICE/ERO operations in the City of Ontario and in San Bernardino County on October 28, 2025, through November 5, 2025;

(5) A copy of the current HSI/CBP/ICE/ERO employee manual(s) to include any manuals regarding the following topics: use of force, and effecting warrants and arrests;

(6) All discovery pertaining to the HSI/CBP/ICE/ERO policies regarding the use of government vehicles in arrest matters and effectuating arrests;

(7) All written and oral communications between the San Bernardino Sheriff's Department and any responding Ontario City Police Officers and HSI/CBP/ICE/ERO in advance, during, and after Mr. Carlos Jimenez October 30, 2025, arrest.

(8) All interagency emails, correspondence, communications, reports, or memoranda relating to Mr. Carlos [Jimenez] or the incident regarding Mr. Carlos Jimenez;

(9) A list of all HSI, EVRO, and USCBP agents involved in the investigation;

(10) All communications conducted on both government and personal phones in the possession by all agents involved in the investigation related to the incident;

(11) Any and all correspondence related to the absence or non-existence of Officer Ortiz's communications related to the incident;

(12) The steps the government took or plans to take to confirm that Officer Ortiz does not have any communications related to the incident;

(13) The steps the government took to preserve any and all communications between all involved officers, agents, or witnesses in the case;

(14) All metadata for both the government and personal phones for all agents involved in the investigation;

(15) The steps the government took to preserve all correspondence and related metadata; and

(16) Any information regarding the lack of recording of Officer Ortiz's post-incident interview.

The government is ordered to produce this material within seven (7) days or respond to the defendant's motion within seven (7) days.

DATED: By ________________________________

HONORABLE KENLY KIYA KATO
United States District Judge

Presented by:

/s/ Ayah Sarsour
Ayah Sarsour
Deputy Federal Public Defender