# DECLARATION

I, Estevan Banuelos, being duly sworn, declare and state as follows:

## I. PURPOSE OF DECLARATION

1. This declaration is made in support of the government's opposition to defendant Carlos Jimenez's motion to compel, filed on April 9, 2026.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed with the FBI since October 2019. I have completed the FBI 18-week training program, which includes instruction in investigating various criminal offenses governed by federal law. I have received training in the enforcement of the laws of the United States, including training in the preparation, presentation, service, and execution of criminal complaints and arrest and search warrants.

3. I am currently assigned to the FBI Los Angeles Field Office, Riverside Resident Agency, where I am on the Inland Violent Crime Suppression Task Force ("IVCSTF") with an emphasis on violent offenses and fugitive apprehension. This task force consists of experienced investigators from the FBI, Riverside County Sheriff's Department, San Bernardino Police Department, and the San Bernardino County Sheriff's Department.

4. The facts set forth in this declaration are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.

5. Based on my conversations with other law enforcement officers and agents, my review of investigative materials, and my own participation in the investigation, I am aware of the following:

6. Between March 1 and April 15, 2026, I contacted all FBI agents involved in the investigation and confirmed that they did not have any messages related to the incident or JIMENEZ on any personal phone or other non-logistical messages on a government phone that had not yet been produced in this matter.

7. The FBI does not require that its agents record witness interviews. My general practice is not to record witness interviews.

//

8. On November 21, 2025, I interviewed Officer Ortiz. I am not aware of either him or his counsel requesting that the interview not be recorded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Riverside, California, on the 16 day of April, 2026.

ESTEVAN BANUELOS
Special Agent, FBI