# EXHIBIT A

FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 12/02/2025

Eusebio ORTIZ, Date of Birth (DOB) [redacted]1979, cellular telephone number [redacted], was interviewed by Special Agent (SA) E[redacted] B[redacted] and Homeland Security Investigations (HSI) SA E[redacted] M[redacted] at the FBI field office located in Riverside, California (CA). Also present was legal counsel for ORTIZ, Stewart Sears. After being advised of the identity of the interviewing Agents and the nature of the interview, ORTIZ provided the following information:

ORTIZ was originally born in Mexico and is fluent in Spanish, but migrated to America at three months old and eventually received US Citizenship. ORTIZ was an Infantryman in the US Army for approximately three and a half years before being medically discharged due to a back injury sustained while training.

After leaving the military, ORTIZ worked at a homeless shelter for veterans while getting his Associates Degree. Following his employment at the homeless shelter, ORTIZ worked as a property manager for a company finding permanent housing for homeless veterans for approximately one and a half years.

In 2013, ORTIZ worked for the Executive Office for Immigration Review (EOIR) as a court legal assistant. Then in 2015, ORITZ was hired by the United States Citizenship and Immigration Services (USCIS) as an Immigration Services Officer, but left that position because he was hired by Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as a Deportation Officer (DO), where he has been currently employed for the past 10 years.

In his current position ORTIZ is the team leader for ERO Team 15, which is comprised of two Customs and Border Protection (CBP) Officers, JIMENEZ, COSEY, and himself. On the morning of 10/30/2025, DO Christopher HEISEL was added to the team as they were shorthanded. JIMENEZ and COSEY were driving a white Dodge Ram, ORTIZ was driving a Dark gray Expedition with a restraint cage in the rear, and HEISEL was driving a light gray expedition with a restraint cage in the rear.

Investigation on 11/14/2025 at Los Angeles, California, United States (In Person)

File # [redacted] Date drafted 11/24/2025

by E[redacted] R. B[redacted]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

[redacted]

On the morning of 10/30/2025 at approximately 5 AM, ORTIZ and his team briefed their targets that they had identified. ORTIZ and the team each talked about their deadly force policies, since they are from different agencies, CBP and ICE ERO have their own.

The first target location was in Montclair, CA and the team was able to pull a car over that they believed to be their subject. Once the car was stopped, the passenger exited and began to run, but was apprehended a short time later by the other members of the team. ORTIZ spoke to the driver of the vehicle, and he was released without incident. While the team was on scene two female activists in a car appeared at their location and started yelling "La Migra" over a bullhorn. Since the area was starting to grow hostile, ORTIZ ordered the team to depart the area and HEISEL stayed behind to act as a decoy for the activists, so that they would follow him instead of the rest of the team to their second location.

The team then traveled to the city of Chino, CA near Philadelphia Avenue. While at the second location ORTIZ identified another possible subject and pulled their car over and detained that subject as well. While on scene, the team encountered more activists that began yelling and recording the team. Two of the activists were in their cars and there was another person that was walking by and recording them. The team had to depart the area and had HEISEL act as a decoy for the activists to follow. HEISEL was being continuously followed by the activists, so ORTIZ told him to travel to Chino Police Department to notify them that he is being followed.

The team then traveled to the third location which was located in Ontario, CA. ORTIZ had the two detainees inside of his car since it had a secure cage in the back seat. As ORTIZ exited the 60 freeway, he began traveling southbound on Vineyard Avenue and saw COSEY and JIMENEZ pulled over to the side of the road, waiting for him. Once ORTIZ passed them, he noticed a gray Honda Accord that appeared to be the same car that had fled from him, in that same area, a month prior. ORTIZ then had COSEY and JIMENEZ pull the Honda accord over, utilizing their police lights.

Once the Honda was pulled over to the far-right side of the lane facing southbound on Vineyard Avenue ORTIZ parked his vehicle in front of the Honda and exited his vehicle and approached on the passenger side of the Honda. JIMENEZ and COSEY parked their car behind the Honda and JIMENEZ approached the driver side while COSEY approached the passenger side of the Honda. ORTIZ stated the time was approximately 6:30 AM, as it was still dark outside and difficult to see.

After about 2-3 minutes of dealing with the three individuals in the car a light brown SUV pulled next to the Honda approximately six feet away and immediately started yelling at the officers. ORTIZ and COSEY walked over to the passenger side of the SUV and are now in between the Honda's driver side, near JIMENEZ, and can see the SUV is occupied by a lone male occupant and he is yelling "You can't be here" and "kids are here". ORTIZ noted that there were no kids present at any time during the stop.

The male in the SUV began to fumble around inside the SUV for something which put ORTIZ into high alert, so ORTIZ pulled out his firearm and held it at the low ready position near his chest and not pointing it at the male inside the SUV. ORTIZ was wearing his body armor with the words "Police ICE" clearly displayed on the front and back of his vest. The male inside the SUV then started yelling louder and saying, "I'm a US citizen, you can't do shit to me" and while leaning forward and pointing to his forehead said, "shoot me mother fucker." ORTIZ was telling the male inside the SUV to leave the area as the driver was not concerned about the people inside the Honda, but rather just seemed like he wanted to yell at the ICE officers.

Once ORTIZ got closer to the SUV, he could see that there was nothing inside that he perceived to be a threat so he then holstered his firearm and took out his pepper spray and began shaking it. At this point the male inside the SUV then began to drive away, so ORTIZ began to walk back in front of the Honda and over to the passenger side, while COSEY began to walk toward the rear of the Honda, thinking that the SUV was departing the scene.

As the SUV began to drive away at a high rate of speed, ORTIZ could hear the tires come to a screeching halt. ORTIZ can see that the SUV is past his car and can clearly keep going forward, but instead, he saw the rear back up lights come on and the car begin to go in reverse at a high rate of speed toward the Honda and JIMENEZ who is standing near the open driver's side door of the Honda. ORTIZ pulled out his firearm and fired a single shot at the subject. ORTIZ reacted so fast, that he only had time to put one hand on his firearm as he took the shot. At this point ORTIZ now has both hands on his firearm, but as soon as he shot, he saw the brake lights come on and the reverse lights go off and heard the driver of the SUV yell out "AHHH", so ORTIZ knew that he had hit him. The SUV then drove forward again and departed the area at a high rate of speed and ORTIZ began yelling "shots fired, shots fired" to COSEY and JIMENEZ. The SUV continued southbound and turned right into a nearby mobile home park.

A short time after the shooting another car was observed leaving the mobile home park at a high rate of speed northbound on Vineyard Avenue and

the team thought it may have been the driver of the SUV. ORTIZ didn't know who had moved the ICE cars, but knew that someone had moved his car and JIMENEZ and COSEY's car to tighten their perimeter since they still had the Honda pulled over.

ORTIZ then notified the other ICE teams in the area that there were shots fired at their location. ORTIZ then called local Ontario PD dispatch to notify them and then his chain of command to notify them about the incident. Once additional ICE teams, Ontario PD and ICE command showed up on scene, ORTIZ was taken from the scene to be checked out by a doctor and was given three weeks off work.

ORTIZ saw the SUV had a clear path to drive out of the area and had even almost departed the area, before choosing to go into reverse toward the officers and estimated that the SUV was on scene for, at most, a minute before the shot was fired. ORTIZ does multiple arrests a day and could not remember the last time he had to pull his firearm at a subject.