UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS JIMENEZ,

Defendant.

No. 5:25-cr-00366-KK

ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT

**TRIAL DATE: December 7, 2026**

**STATUS CONFERENCE DATE: November 19, 2026**

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on May 6, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the delay during which the prosecution is deferred by the attorney for the Government "is pursuant to a written agreement with the Defendant with the approval of the Court, for the purpose of allowing the defendant to

demonstrate his good conduct," pursuant to § 3161(h)(2);(ii) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (iii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from June 22, 2026 to December 7, 2026. The pretrial conference and motion hearing date is continued to November 19, 2026, with any motions and other submissions to be filed on or before November 5, 2026.

2. The time period from the date of this order to December 7, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(2), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 3 of the George E. Brown, Jr. Federal Building and United States Courthouse in Riverside, California on December 7, 2026 at 8:30 AM for trial and on November 5, 2026 at 11:00 AM for the status conference.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

May 7, 2026
DATE

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
STEPHEN CHANG
Assistant United States Attorney