**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS JIMENEZ,

Defendant.

Case No. ED CR 5:25-366-KK-1

**ORDER STAYING ORDERED PRODUCTION OF DISCOVERY.**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the parties' stipulation to stay the Court's ordered discovery production, *see* ECF No. 64, is hereby granted. The government's ordered production obligations as set forth in the Court's May 6, 2026, order, ECF No. 64, are hereby stayed through November 8, 2026.

DATED: May 7, 2026 By [signature]

HONORABLE KENLY KIYA KATO
United States District Judge

Presented by:

/s/ Chad Pennington
CHAD PENNINGTON
Deputy Federal Public Defender