TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
STEPHEN CHANG (Cal. Bar No. 312580)
MARK K. KANOW (Cal Bar. No. 323681)
Assistant United States Attorney
3403 Tenth Street, Suite 200
Riverside, California 92501
Telephone: (213) 894-7280
Facsimile: (213) 894-0141
E-mail: stephen.chang@usdoj.gov
mark.kanow@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS JIMENEZ,<br><br>Defendant. | No. 5:25-cr-00366-KK<br><br><u>[PROPOSED] ORDER DE-DESIGNATING MATERIAL WITNESSES</u> |

For good cause shown, IT IS HEREBY ORDERED THAT:

The designations of (1) Chery Marcelo Lopez Rios and (2) Ada Marling Martinez Morales as material witnesses in this case are hereby removed and all bonds posted on their behalf are hereby exonerated.

DATE

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE