TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
STEPHEN CHANG (Cal. Bar No. 312580)
MARK K. KANOW (Cal. Bar No. 323681)
Assistant United States Attorneys
3403 Tenth Street, Suite 200
Riverside, California 92501
Telephone: (213) 894-7280
Facsimile: (213) 894-0141
E-mail: stephen.chang@usdoj.gov
mark.kanow@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS JIMENEZ,<br><br>Defendant. | No. 5:25-cr-00366-KK<br><br><u>[PROPOSED] ORDER TERMINATING DEFENDANT'S SUPERVISION AND DISMISSING INDICTMENT BASED ON SUCCESSFUL COMPLETION OF DIVERSION</u> |

The Court has read and considered the government's unopposed motion to dismiss the indictment with prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that there is good cause to dismiss the indictment in the interests of justice.

Accordingly, IT IS HEREBY ORDERED that the indictment is dismissed with prejudice against defendant in the interest of justice.

//

Defendant's bond shall be exonerated, and any terms and conditions of pretrial release shall be terminated.

IT IS SO ORDERED.

______________________________
DATE

______________________________
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
STEPHEN CHANG
Assistant United States Attorney